ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DIVISION

ALLEN L. BEACH,

Plaintiff,

v.

YELLOW FREIGHT SYSTEM, INC.,

Defendant.

Case No. 00-754 PAM/JGL

**ORDER**

The above-entitled matter, having come before the Court on motion the Defendant and based upon the Motion, the Stipulation and Affidavit therewith,

IT IS ORDERED, that the time for filing an Answer in the above proceeding is extended to April 14, 2000

Date: April 10, 2000

BY THE COURT:

Magistrate Judge Jonathan G. Lebedoff

I:\HOME\COML\T\YELLOW\BEACH\ORDER.EXT

FILED 4/10/00
CLERK
JUDGE
DEPUTY CLERK