UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Allen L. Beach,

Plaintiff, Civil 00-754 PAM/JGL

v.

Yellow Freight System,

Defendant.

---

**NOTICE OF CANCELLATION OF PRETRIAL CONFERENCE**

The pretrial conference which was scheduled for Thursday, June 15, 2000 @ @ 11:00 A.M., before Chief Judge Magnuson, is CANCELLED. The pretrial has been **rescheduled** for Friday, July 7, 2000 @ 12:30 P.M.

Dated: June 9, 2000

FRANCIS E. DOSAL,
Clerk of U.S. District Court

Suzanne M. Ruiz
Calendar Clerk to Judge Magnuson

cc: All Counsel of Record

JUN 09 2000
FILED
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK