UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Allen L. Beach,

Plaintiff,

vs.

Yellow Freight System, Inc.,

Defendant.

Court File No.: 00-754 PAM/JGL

**ORDER**

---

Now, therefore, upon the files, records, proceedings and arguments of counsel, the court orders that the Pretrial Schedule be amended as follows:

6. That within the foregoing period allotted for discovery, but no later than the dates set forth below, the parties shall retain and disclose to opposing counsel all persons they intend to call as expert witnesses at trial. Each party's disclosure shall identify each expert and state the subject matter on which the expert is expected to testify. The disclosure shall be accompanied by a written report prepared and signed by the witness. As required by Fed.R.Civ.P. 26(a)(2)(B), the report shall contain:

a. The qualifications of the witness, including a list of all publications authored by the witness within the preceding ten years;

b. The compensation to be paid for the study and testimony;

c. A listing of any other cases in which the witness has testified as an expert at trial or by deposition within the preceding four years;

d. A complete statement of all opinions to be expressed and the basis and reasons therefor;

e. The data or other information considered by the witness in forming the opinions; and

NOV 0 9 2000
FILED ______
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

f. Any exhibits to be used as a summary of or support for the opinions.

The Plaintiff's disclosures shall be made on or before **December 1, 2000**.

The Defendant's disclosure shall be made on or before **January 15, 2001**.

Dated: Nov. 9, 2000

Jonathan Lebedoff
United States Magistrate Judge