IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
ST. PAUL DIVISION

| | | |
|---|---|---|
| ALLEN L. BEACH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 00 CV 00754 |
| | ) | |
| YELLOW FREIGHT SYSTEM, INC., | ) | Judge Magnuson |
| | ) | |
| Defendant. | ) | Magistrate Judge Lebedoff |

**ORDER**

The above-entitled matter came before the Court on motion of the Defendant to compel discovery responses. Appearing on behalf of the Defendant was Steven L. Brenneman, Esq., Matkov, Salzman, Madoff & Gunn, Chicago, Illinois and Andrew R. Clark, Esq., Kalina, Wills, Gisvold & Clark, Minneapolis, Minnesota, and appearing on behalf of the Plaintiff, Allen Beach, Barbara Felt, Esq., Reinhardt & Anderson, St. Paul, Minnesota

NOW THEREFORE, upon the files, records, proceedings and arguments of counsel:

IT IS HEREBY ORDERED:

1. That the Court finds upon stipulation of counsel, that the Plaintiff will provide all documents responsive to Requests No. 22 and 23 for the period January 1995 to the present and that all other discovery issues to date have been resolved by and between the parties, except for documents demanded pursuant to Request No. 21 in Defendant's Demand for Production of Documents.

FILED JAN 18 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

2. That in response to Request No. 21 referenced above, Plaintiff will produce to Defendant copies of complete Federal income tax returns Form 1040 and accompanying schedules for the years 1997 to present.

3. That if possible, counsel for both parties will in good faith attempt to work out an agreement to redact information pertaining to the income received by the wife of Allen L. Beach, as it may appear on the Federal tax forms.

4. That if redaction cannot be accomplished after good faith efforts by both parties, then the tax returns will be provided to Defendant's counsel for their confidential use on the condition that information contained therein pertaining to the income of Plaintiff's wife will be for legal counsel for the parties only and may not be disclosed to any other persons.

SO ORDERED.

Dated: January 18, 2001

The Honorable Jonathan Lebedoff
Magistrate Judge of United States District Court

I:\HOME\COMLIT\YELLOW\BEACH\ORDER2.COM