IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
ST. PAUL DIVISION

ORIGINAL

| | | |
|---|---|---|
| ALLEN L. BEACH, Plaintiff, | ) | |
| v. | ) | Case No. 00 CV 00754 |
| YELLOW FREIGHT SYSTEM, INC., | ) | Judge Magnuson |
| Defendant. | ) | Magistrate Judge Lebedoff |

**ORDER**

Now, therefore, upon the files, records, proceedings and arguments of counsel, the Court orders the Pretrial Schedule be amended as follows:

1. All pre-discovery disclosures required by Rule 26(a)(1) shall be completed on or before August 1, 2000. The period during which the parties may conduct discovery shall terminate on **March 1, 2001**. Disputes with regard to pre-discovery disclosures or discovery shall be called immediately to the Court's attention by the making of an appropriate motion, and shall not be relied upon by any party as a justification for not adhering to this pretrial schedule.

6. That within the foregoing period allotted for discovery, but no later than the date set forth below, the parties shall retain and disclose to opposing counsel all persons they intend to call as expert witnesses at trial. Each party's disclosure shall identify each expert and state the subject matter on which the expert is expected to testify. The disclosure shall be accompanied by a written report prepared and signed by the witness. As required by Fed.R.Civ.P. 26(a)(2)(B), the report shall contain:

a. The qualifications of the witness, including a list of all publications authored by the witness within the preceding ten years;

FILED 1-19-01
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______

b. The compensation to be paid for the study and testimony;

c. A listing of any other cases in which the witness has testified as an expert at trial or by deposition within the preceding four years;

d. A complete statement of all opinions to be expressed and the basis and reasons therefor;

e. The data or other information considered by the witness in forming the opinions; and

f. Any exhibits to be used as a summary of or support for the opinion.

The Plaintiff's disclosures shall be made on or before December 1, 2000.

The Defendant's disclosures shall be completed on or before **January 25, 2000.**

SO ORDERED.

Dated: Jan 19, 2001

The Honorable Jonathan Lebedoff
Magistrate Judge of the
United States District Court

I:\HOME\COMLIT\YELLOW\BEACH\ORDER-DI.EXT