IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
ST. PAUL DIVISION

| | | |
|---|---|---|
| ALLEN L. BEACH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 00 CV 00754 |
| | ) | |
| YELLOW FREIGHT SYSTEM, INC., | ) | Judge Magnuson |
| | ) | |
| Defendant. | ) | Magistrate Judge Lebedoff |

**PROPOSED ORDER**

Now, therefore, upon the files, records, proceedings and arguments of counsel, the Court orders the Pretrial Schedule be amended as follows:

9. All dispositive motions shall be filed prior to **April 20, 2001**. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1(b). Counsel are forewarned that six to eight weeks advance notice is necessary to place a dispositive motion on the calendar.

SO ORDERED.

Dated: Feb 23, 2001

The Honorable Jonathan Lebedoff
Magistrate Judge of the
United States District Court

I:\HOME\COMLIT\YELLOW\BEACH\ORDER2.EXT

FEB 23 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD