**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| ALLEN L. BEACH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 00 CV 00754 |
| | ) | |
| YELLOW FREIGHT SYSTEM, INC., | ) | Judge Magnuson |
| | ) | |
| Defendant. | ) | Magistrate Judge Lebedoff |

**ORDER**

The above-entitled matter came before the Court on motion of the Defendant for leave to amend its Answer and Affirmative Defenses. Appearing on behalf of the Defendant was Steven L. Brenneman, Esq., Matkov, Salzman, Madoff & Gunn, Chicago, Illinois and Andrew R. Clark, Esq., Kalina, Wills, Gisvold & Clark, Minneapolis, Minnesota, and appearing on behalf of the Plaintiff was Barbara Felt, Esq., Reinhardt & Anderson, St. Paul, Minnesota.

NOW THEREFORE, upon the files, records, proceedings and arguments of counsel:

IT IS HEREBY ORDERED that Defendant's Motion to Amend Its Answer and Affirmative Defenses to the Complaint is hereby GRANTED.

SO ORDERED.

Dated: April 3, 2001

The Honorable Jonathan Lebedoff
Magistrate Judge of United States District Court

I:\HOME\COML\LIT\YELLOW\BEACH\ORDER AMD

APR - 3 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD