UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Allen L. Beach,

Plaintiff,

vs.

Yellow Freight System, Inc.,

Defendant.

Court File No.: 00-754 PAM/JGL

**STIPULATED PROTECTIVE ORDER**

**WHEREAS**, the parties agree that discovery sought in the above-entitled action will involve the disclosure of confidential financial information (hereinafter referred to as "Confidential Matter") about Jean Beach, who is not a party to this action;

NOW, THEREFORE, IT IS HEREBY ORDERED,

1. The producing party shall identify or otherwise indicate all such documents as being "Confidential."

2. Such Confidential Matters shall be used only by the attorneys of record for the parties. The Confidential Matters shall be used only for purposes of this litigation and for no other purpose, and the Confidential Matters shall not be disclosed except to the following persons:

a. The Court,

b. Experts for the parties, investigators and legal assistants for the attorneys of record, the parties or such other persons whom, and the good faith judgment of the attorneys of record for the parties, it is necessary to disclose such Confidential Matter, provided, the attorney first informs each such person that the Confidential Matter to be disclosed is Confidential, is to be held in confidence, is to be used solely for the purpose of preparing for and

FILED APR [illegible] 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

presenting evidence in this litigation, and further that these restrictions are imposed by the Court Order.

3. The Confidential Matter may be submitted to the Court for this action, for any and all purposes allowed by the Federal Rules of Civil Procedure and the Federal Local Rules of Practice, including motion purposes, provided that the Confidential Matter is submitted under seal, in a separate envelope, which envelope is clearly marked "Confidential Matter" in black, bold type.

4. If, at the time of trial, counsel intends to introduce into evidence any such Confidential Matter, counsel shall give reasonable notice of that intention to the Court and counsel for the party having furnished the Confidential Matter, and the Court shall take such steps as it deems reasonably necessary to preserve confidentiality.

5. Upon the final termination of the above-entitled action by settlement, dismissal, verdict, or other disposition, this Order shall continue to be binding upon all attorneys of record and persons to whom the Confidential Matter was disclosed. Upon final termination of the above-entitled action, the original and all copies of all Confidential Matters shall be returned to the party making available the documents designated as Confidential.

6. Nothing in this Protective Order shall operate to waive the right of any party to these proceedings to assert objections to the production or admissibility of the Confidential Matter in any ground.

7. This Order may be modified by written stipulation signed by the attorneys of record and/or by further order of the Court upon application to the Court, with notice.

Dated: 3/29/01

REINHARDT AND ANDERSON

Barbara J. Felt

By: Jeffrey R. Anderson, #2057
Barbara J. Felt, #228564
Attorneys for Plaintiff
E-1000 First National Bank Bldg.
332 Minnesota Street
St. Paul, Minnesota 55101
(651) 227-9990

Dated: 4/2/01

KALINA, WILLS, GISVOLD & CLARK, PLLP

By: Andrew R. Clark, #1705X
Amanda C. DuPont, #263941
Attorneys for Defendant
941 Hillwind Road Northeast, Suite 200
Minneapolis, MN 55432-5694
(763) 789-9000

IN ASSOCIATION WITH:

Dated: 4/2/01

MATKOV, SALZMAN, MADOFF & GUNN

Steven L. Brenneman (IL SB#6190736)
55 East Monroe Street, Suite 2900
Chicago, Illinois 60603-5709
(312) 332-0777

**ORDER**

**IT IS HEREBY ORDERED AND ADJUDGED** that the aforementioned Protective Order shall be adopted and enforced in this case.

Dated: April 9, 2001

Magistrate Judge Jonathan Lebedoff

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
OFFICE OF THE CLERK

316 N. ROBERT ST., RM. 708
ST. PAUL, MN 55101

300 S. FOURTH ST., RM 202
MINNEAPOLIS, MN 55415

417 FEDERAL BLDG, 515 W. FIRST ST.
DULUTH, MN 55802

# Clerk's Notice In Re: Protective Order

---

A Protective/Confidentiality Order has been entered in this action. You must comply with the guidelines set forth below when filing **confidential original** documents with the Clerk of U.S. District Court. Failure to do so will cause the documents to be returned.

*Guidelines for filing with the Clerk:*

A. Documents are to be **sealed** (closed, fastened, taped, or otherwise secured) in an envelope of comparable size no larger than 9 by 12 *(LR5.1 All pleadings, motions, and other papers presented for filing shall be on 8 1/2 x 11 inch white paper...flat and unfolded. this rule does not apply to (1) exhibits submitted for filing; and, (2) documents filed in removed actions prior to removal from the state courts.)*

B. Each envelope must list the following information, and each document is to be in a separate envelope.

- Action/case number
- Brief action/case title
- Party, name, and complete title of document (i.e. Deft. Johnson's Motion for Dismissal) must be noted on each envelope. Motions, affidavits and memorandums are considered three separate documents.
- The word "**SEALED**" or "**CONFIDENTIAL**"

***Guidelines for filing with a U.S. District Judge or Magistrate Judge:***

In addition to the above procedures, copies for delivery to the U.S. District Judge or U.S. Magistrate Judge are to be marked accordingly and bound together as a set.