**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

---

Allen L. Beach,

Plaintiff,

vs.

Yellow Freight System, Inc.,

Defendant.

Court File No.: 00-754 PAM/JGL

**JOINT CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE AND ORDER OF REFERENCE**

---

**JOINT CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. §636(c), the undersigned parties to the above-captioned civil matter hereby voluntarily consent to have United States Magistrate Judge Jonathan Lebedoff conduct any and all further proceedings in this case, including bench trial, and order the entry of final judgment.

Dated: 8/1/01

Respectfully submitted,

REINHARDT AND ANDERSON

Barbara J. Felt

By: Jeffrey R. Anderson, #2057
Barbara J. Felt, #228564
Attorneys for Plaintiff
E-1000 First National Bank Bldg.
332 Minnesota Street
St. Paul, Minnesota 55101
(651) 227-9990

FILED AUG. 13 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK

Dated: 8/3/01

YELLOW FREIGHT SYSTEM, INC.

By: One of its attorneys

Andrew R. Clark # 1705X
Amanda Cramer Dupont, # 263941
KALINA, WILLS, GISVOLD & CLARK, P.L.L.P.
941 Hillwind Road NE, Ste. 200
Minneapolis, MN 55432-5694
(763) 789-9000

and

Steven L. Brenneman, IL # 6190736
MATKOV, SALZMAN, MADOFF & GUNN
55 East Monroe Street, Ste. 2900
Chicago, IL 60603-5709
(312) 332-0777

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to United States Magistrate Judge Jonathan Lebedoff, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. 636(c), Fed.R.Civ.P. 73 and the foregoing consent of the parties.

Dated: August 7, 2001

Judge Paul A. Magnuson
United States District Judge

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500