IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

ALLEN L. BEACH,

Plaintiff,

v.

YELLOW FREIGHT SYSTEM, INC.,

Defendant.

Case No. 00 CV 00754 (JGL)

**ORDER**

This cause, coming to be heard on Defendant's Motion To Quash and for Protective Order, due notice having been given and the Court being fully advised in the premises:

IT IS HEREBY ORDERED:

(1) Defendant's Motion is granted; and

(2) The videotaped deposition of Dave Buntjer, noticed for September 27, 2001, shall not take place and shall not be used at trial in lieu of live testimony.

Dated: Sept 26, 2001

The Honorable Jonathan G. Lebedoff
Magistrate Judge of U.S. District Court

I:\HOME\COMLIT\YELLOW\BEACH\MOTIONS\186339 WPD

FILED 9-26-01
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500