252685

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
ST. PAUL DIVISION

ALLEN L. BEACH,

Plaintiff,

v.

YELLOW FREIGHT SYSTEM, INC.,

Defendant.

Case No. 00 CV 00754

Magistrate Judge Jonathan Lebedoff

**PETITION FOR ADMISSION PRO HAC VICE**

**AFFIDAVIT OF MOVANT**

I, Amanda Cramer DuPont, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Teri Firmiss Thompson, an attorney admitted to practice in the U.S. District Court for the Northern District of Illinois, but not admitted to the bar of this Court, who will be counsel for the Defendant in the case listed below. I am aware that the local rules of this Court require that I participate in the preparation and presentation of this case, and that I accept service of all papers served.

September 26, 2001

Amanda Cramer DuPont

Amanda Cramer DuPont
Minnesota Attorney
License Number: 263941
KALINA, WILLS, GISVOLD & CLARK, P.L.L.P.
6160 Summit Drive, Suite 560
Minneapolis, MN 55430
(763) 259-3451

186357.1

OCT 5 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**AFFIDAVIT OF PROPOSED ADMITTEE**

I, Teri Firmiss Thompson, am currently a member in good standing of the U.S. District Court for the Northern District of Illinois, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matter listed below, and must accept service of all papers served.

Case Number: 00 CV 00754

Judge Assigned: Paul A. Magnuson

Magistrate Judge: Jonathan Lebedoff

Case Title: Allen L. Beach v. Yellow Freight System, Inc.

September 26, 2001

Teri Firmiss Thompson

| 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 | 06210639 | 11/05/92 |
|---|---|---|
| (Social Sec. No.) | (Atty. Registration (License) No. IL) | (Date of Admission) |

MATKOV, SALZMAN, MADOFF & GUNN
55 East Monroe Street, Suite 2900
Chicago, IL 60603-5709
(312) 332-0777

Motion Granted: ____________________ OCT 4 2001

For the Court,
~~Francis E. Dosa~~l, Clerk
RICHARD D. SLETTEN

Date



186357.1