**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**ALLEN L. BEACH,**

Plaintiff,

v.

**YELLOW FREIGHT SYSTEM, INC.,**

Defendant.

Civil No. 00-754 (JGL)

**O R D E R**

APPEARANCES

Jeffrey Anderson, Esq., and Barbara Felt, Esq., on behalf of Plaintiff.

Steven Brenneman, Esq., and Teri Thompson, Esq., on behalf of Defendant.

JONATHAN LEBEDOFF, United States Magistrate Judge

The above-entitled matter came on for trial from October 1, 2001 through October 4, 2001 before the undersigned Magistrate Judge of District Court. Certain motions in limine were reserved for trial but either were not resolved or became moot during the trial. This Order therefore resolves the remaining pending motions.

Based upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

FILED 10-31-01
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

(1) Yellow's Motion in Limine to Exclude Evidence Regarding Issues Already Decided (Doc. No. 90) is **GRANTED** as to issues having no bearing on Beach's sexual harassment claim;

(2) Yellow's Motion in Limine to Exclude Evidence of its Financial Condition and Request for Punitive Damages To Be Considered in a Separate Proceeding (Doc. No. 94) is **DENIED AS MOOT**;

(3) Yellow's Motion in Limine to Exclude All Reference to Alleged Incidents of Harassment of which Plaintiff Was Not Aware (Doc. No. 96) is **GRANTED** as to incidents about which Beach was never made aware, involving either Beach or other employees;

(4) Yellow's Motion to Strike Certain Witnesses from Plaintiff's Trial Witness List (Doc. No. 98) is **DENIED**; and

(5) Yellow's Motion for an Order Allowing the Presentation of Evidence Under Rule 412 of the Federal Rules of Evidence (Doc. No. 103) is **DENIED AS MOOT**.

Dated: October 31, 2001

JONATHAN LEBEDOFF
United States Magistrate Judge

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500