# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Allen L. Beach,

v.

Yellow Freight System, Inc.,

Case No. Civil 00-754 JGL

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT:

Judgment be entered against defendant Yellow Freight System, Inc., and for plaintiff Allen Beach in the amount of $36,920.00.

Defendant is ordered to pay a civil penalty to the State of Minnesota in the amount of $5,000.00.

DATE: October 31, 2001

RICHARD D. SLETTEN, CLERK

Julie Rustad, Deputy Clerk

134